# United States Bankruptcy Court
## Eastern District of New York

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JGAG Associates, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Blasco HVAC Supply, Inc.; DBA Blasco Supply, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-4660537** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**60-21 Flushing Avenue**<br>**Maspeth, NY**<br>ZIP Code **11378** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Queens** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**JGAG Associates, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br><br>       _____<br>       (Address of landlord)<br><br>☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐     Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **JGAG Associates, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Jonathan S. Pasternak** _____
Signature of Attorney for Debtor(s)

**Jonathan S. Pasternak 6107** _____
Printed Name of Attorney for Debtor(s)

**Rattet, Pasternak & Gordon-Oliver, LLP** ___
Firm Name

**550 Mamaroneck Avenue**
**Suite 510**
**Harrison, NY 10528**
_____
Address

**(914) 381-7400  Fax: (914) 381-7406** _____
Telephone Number

**March  3, 2010** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anthony Gaeta** _____
Signature of Authorized Individual

**Anthony Gaeta** _____
Printed Name of Authorized Individual

**President** _____
Title of Authorized Individual

**March  3, 2010** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re   **JGAG Associates, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Blasco Supply, Inc.<br>180 Sunset Hill Road<br>New Canaan, CT 06840 | Blasco Supply, Inc.<br>180 Sunset Hill Road<br>New Canaan, CT 06840 | Subordinated Promissory Note | | 482,415.00 |
| NYS Dept. of Tax & Fin<br>Bankruptcy/Special Proced<br>P.O. Box 5300<br>Albany, NY 12205-0300 | NYS Dept. of Tax & Fin<br>Bankruptcy/Special Proced<br>P.O. Box 5300<br>Albany, NY 12205-0300 | | | 145,000.00 |
| M&T Card | M&T Card | | | 122,324.48 |
| Quietside Corp.<br>8750 Pioneer Blvd.<br>Santa Fe Springs, CA 90670 | Quietside Corp.<br>8750 Pioneer Blvd.<br>Santa Fe Springs, CA 90670 | | | 60,000.00 |
| Pepper Hamilton, LLP<br>620 8th Avenue<br>37th Floor<br>New York, NY 10018 | Pepper Hamilton, LLP<br>620 8th Avenue<br>37th Floor<br>New York, NY 10018 | | | 40,000.00 |
| Bartolomei Pucciarelli<br>2564 Brunswick Pike<br>Lawrence Township, NJ 08648 | Bartolomei Pucciarelli<br>2564 Brunswick Pike<br>Lawrence Township, NJ 08648 | | | 38,000.00 |
| Evapco, Inc.<br>P.O. Box 1300<br>Westminster, MD 21158 | Evapco, Inc.<br>P.O. Box 1300<br>Westminster, MD 21158 | | | 35,000.00 |
| Morley Associates<br>146 Cedar Street<br>Branford, CT 06405 | Morley Associates<br>146 Cedar Street<br>Branford, CT 06405 | | Disputed | 28,355.94 |
| USA Coil & Air Inc.<br>P.O. Box 578<br>Devault, PA 19432 | USA Coil & Air Inc.<br>P.O. Box 578<br>Devault, PA 19432 | | | 25,558.98 |
| Armacell<br>P.O. Box 751868<br>Charlotte, NC 28275 | Armacell<br>P.O. Box 751868<br>Charlotte, NC 28275 | | | 25,000.00 |
| American/Universal Supply<br>199 Ridgewood Drive<br>Elmsford, NY 10523 | American/Universal Supply<br>199 Ridgewood Drive<br>Elmsford, NY 10523 | | | 19,797.06 |

In re    **JGAG Associates, Inc.**                                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **First Co.**<br>**P.O.Box 270969**<br>**Dallas, TX 77527** | **First Co.**<br>**P.O.Box 270969**<br>**Dallas, TX 77527** | | | **19,502.32** |
| **RG Adding, LLC**<br>**7050 Overland Rd.**<br>**Orlando, FL 32810** | **RG Adding, LLC**<br>**7050 Overland Rd.**<br>**Orlando, FL 32810** | | | **19,414.14** |
| **CERRO Flow Products**<br>**P.O. Box 98168**<br>**Chicago, IL 60693** | **CERRO Flow Products**<br>**P.O. Box 98168**<br>**Chicago, IL 60693** | | | **19,347.25** |
| **ICE-Aire**<br>**80 Hartford Ave.**<br>**Mount Vernon, NY 10553** | **ICE-Aire**<br>**80 Hartford Ave.**<br>**Mount Vernon, NY 10553** | | | **18,050.00** |
| **Witt/Pomona Air**<br>**P.O. Box 73959**<br>**Chicago, IL 60673** | **Witt/Pomona Air**<br>**P.O. Box 73959**<br>**Chicago, IL 60673** | | | **17,452.02** |
| **Activant**<br>**Wholsale Dist. Group**<br>**8 Two Mile Road**<br>**Suite 101**<br>**Farmington, CT 06032** | **Activant**<br>**Wholsale Dist. Group**<br>**8 Two Mile Road**<br>**Farmington, CT 06032** | | | **14,754.27** |
| **Mestek Inc.**<br>**Sterling Division**<br>**PO Box 41594**<br>**Boston, MA 02241** | **Mestek Inc.**<br>**Sterling Division**<br>**PO Box 41594**<br>**Boston, MA 02241** | | | **14,000.00** |
| **G.A. Fleet Associates, Inc.**<br>**555 Calvert Street**<br>**Harrison, NY 10528** | **G.A. Fleet Associates, Inc.**<br>**555 Calvert Street**<br>**Harrison, NY 10528** | | | **11,000.00** |
| **Parker Hannifin Corp.**<br>**7868 Collections Center Drive**<br>**Chicago, IL 60693** | **Parker Hannifin Corp.**<br>**7868 Collections Center Drive**<br>**Chicago, IL 60693** | | | **10,811.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **March  3, 2010** _____          Signature   **/s/ Anthony Gaeta** _____

                                                                               **Anthony Gaeta**
                                                                               **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

393 Jericho TurnpikeAssoc
125 Long Avenue
Hillside, NJ 07205


Acetylene Supply Corp.
475 Route 9 South Woodbridge
Woodbridge, NJ 07095


Acme Miami
P.O. Box 38086
Miami, FL 33138


Activant
Wholsale Dist. Group
8 Two Mile Road
Suite 101
Farmington, CT 06032


AF Rockland Supply Corp.
76 Route 9W North Congers
Congers, NY 10920


Aftermarket Specialties, Inc
P.O. Box 535008
Atlanta, GA 30353


Airtec Products Corp.
1244 Davol Street
Fall River, MA 02720


Airwell Fedders
P.O. Box 7222 Monroe
Monroe Township, NJ 08831


Aleta Industries
242 Eagle Street
Brooklyn, NY 11222


Alfa Laval Inc.
Standard Refridgeration
NEED PO BOX!!!
Carol Stream, IL 60197

Allen Maxwell & Silver
190 Sylvan Avenue
Englewood Cliffs, NJ 07632


AMAF Supply
146-57 Horace Harding Expwy
Flushing, NY 11367


American Air Filter AAF
PO Box 828436
Philadelphia, PA 19182


American Eagle Transport
33 Peachtree Lane
Port Jefferson Station, NY 11776


American/Universal Supply
199 Ridgewood Drive
Elmsford, NY 10523


Anes, Leventhal & Snyder, PLLC
266 Smithtown Blvd.
Nesconset, NY 11767


Anthony Gaeta
410 Little Whaleneck Road
Merrick, NY 11566


API Technology
15 Trade Zone Court
Ronkonkoma, NY 11779


Armacell
P.O. Box 751868
Charlotte, NC 28275


BABCO Inc.
65-10 Maurice Avenue
Maspeth, NY 11378


Bacharach, Inc.
621 Hunt Valley Circle
Pittsburgh, PA 15238

Baltimore AirCoil Co.
13259 Collections Center Dr.
Chicago, IL 60693


Bard Manufacturing Co.
P.O.Box 73293-N
Clevland, OH 44913


Bartolomei Pucciarelli
2564 Brunswick Pike
Lawrence Township, NJ 08648


BEKK Corp.
Keith Blasco
180 Sunset Hill Road
New Canaan, CT 06840


Berner International
111 Progress Ave.
New Castle, PA 16101


Bilateral Credit Corp.
141 West 28th Street
New York, NY 10001


Blasco Supply, Inc.
180 Sunset Hill Road
New Canaan, CT 06840


Boro Wide Recycling Corp.
3 Railroad Place
Maspeth, NY 11378


Burt & Associates
6700 Pinecrest Road
Suite 150
Plano, TX 75024


Caine & Weiner
1699 E. Woodfield Road
Schaumburg, IL 60173


Cambridgeport Air Systems
8 Fanaras Drive
Salisbury, MA 01952

Captive Aire Systems Inc.
4641 Paragon Rd.
Raleigh, NC 27616


Carrier Northeast
P.O.Box 33133
Newark, NJ 07188


Castellano Electric Motors
147 Ridge Street
New York, NY 10002


CERRO Flow Products
P.O. Box 98168
Chicago, IL 60693


Certilman Balin
90 Merrick Avenue
East Meadow, NY 11554


Chase Auto Finance
P.O. Box 78067
Phoenix, AZ 85062


CIT Technology Fin. Svc., Inc.
21146 Network Place
Chicago, IL 60673


Clarcore Air Filtration Prod.
P.O. Box 404201
Atlanta, GA 30384


Cliplight Manufacturing, Co.
961 Alness St. Toronto, ONT
M3J2J1


Coface Collections NA Inc.
PO Box 8471
Metairie, LA 70011


Coface Collections NA Inc.
PO Box 8510
Metairie, LA 70011

Coface Collections NA, Inc.
PO Box 8510
Metairie, LA 70011


Cohen & Cohen
500 E. 77th St.
Suite 1902
New York, NY 10162


Cohen & Cohen
500 E. 77th Street
Suite 1902
New York, NY 10162


Coldflow A/C
3501 NW 74th Street
Miami, FL 33147


Commercial Collection Consult.
P.O. Box 2608
Forney, TX 75126


Con Ed
4 Irving Place
New York, NY 10003


Continental Industries, Inc.
100 West Windsor Elckhart
Elkhart, IN 46514


Cool Water Technologies
40-25 Crescent Street
Long Island City, NY 11101


Dell Business Credit
Payment Processing Center
P.O. Box 5275
Carol Stream, IL 60197


Evapco, Inc.
P.O. Box 1300
Westminster, MD 21158

EWC Controls, Inc.
383 Hwy 33
Englishtown, NJ 07726


Fantech,Inc.
P.O. Box 8500-53093
Philadelphia, PA 19178


Federal Express Corp.
P.O. Box 371461
Pittsburgh, PA 15250


First Co.
P.O.Box 270969
Dallas, TX 77527


G.A. Fleet Associates, Inc.
555 Calvert Street
Harrison, NY 10528


Gateway
HSBC Business Solutions
P.O. Box 5239
Carol Stream, IL 60197


GlassFloss Industries, LP.
P.O. Box 150469
Dallas, TX 75315


Global Alliance Credit Corp.
3375 Park Avenue
Suite 3005-2
Wantagh, NY 11793


Governale Company, Inc.
788 Williams Ave.
Brooklyn, NY 11207


Harvey F. Friedman
1205 Northern Blvd.
Manhasset, NY 11030


Harvey F. Friedman, Esq.
1205 Northern Blvd.
Manhasset, NY 11030

Henry Daley
Marshal, City of New York
1 Cross Island Plaza
Rosedale, NY 11422


House of Adjustments, Inc.
715 Mamaroneck Avenue
Mamaroneck, NY 10543


HVAC Equipment Sales
253B Hwy 79 Morganville
Morganville, NJ 07751


ICE-Aire
80 Hartford Ave.
Mount Vernon, NY 10553


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internat. Comfort Products
21630 Network Place
Chicago, IL 60673


Internat. Comfort Products
650 Heil Quaker Avenue
PO Box 128
Lewisburg, TN 37091


Invensys Climate Controls Amer
P.O. Box 185
Plain City, OH 43064


Islandaire, Inc.
22 Research Way East
East Setauket, NY 11733


J.W. Harris Co.,Inc.
P.O. Box 644241
Pittsburgh, PA 15264


J/B Industries
P.O. Box 1180
Aurora, IL 60507

Johnson Controls
P.O. Box 93107
Chicago, IL 60673


Jonathan Gart
89 Sharon Road
Robbinsville, NJ 08691


Kazlow & Kazlow
237 West 35th Street
14th Floor
New York, NY 10001


Koldwave Texas
P.O. Box 5-0430
Woburn, MA 01815


Krack Corp.
2392 Collection Center Drive
Chicago, IL 60693


Liebet Corp.
P.O. Box 70474
Chicago, IL 60673


LUX Products Corp.
6000I Commerece Pkwy
Mount Laurel, NJ 08054


M&T Bank
350 Park Avenue
New York, NY 10022


M&T Card


Magic Aire
P.O. Box 99189
Fort Worth, TX 76199


MARS Sales Co., Inc.
14716 South Broadway
Gardena, CA 90248

Martin A. Bienstock
Marshal, City of New York
36-35 Bell Blvd.
Bayside, NY 11361


Mason Industries
P.O. Box 410
Smithtown, NY 11787


MCC Product Sales
444 JFK Drive Bloomfield
Bloomfield, NJ 07003


Merecedes Benz Financial
P.O. Box 685
Roanoke, TX 76262


Mestek Inc.
Sterling Division
PO Box 41594
Boston, MA 02241


Meyers Saxon & Cole
3620 Quentin Road
Brooklyn, NY 11234


Meyers, Saxon & cole
3620 Quentin Road
Brooklyn, NY 11234


MGM Products, Inc.
1080 Culpepper Dr.
Conyers, GA 30094


Millennium Collections Corp.
P.O. Box 6899
Vero Beach, FL 32961


Monarch Plastic
P.O. Box 919
Granby, CT 06035


Morley Associates
146 Cedar Street
Branford, CT 06405

MSP Wholesale
458 East 99th Street
Brooklyn, NY 11200


National Comfort Products
P.O. Box 82-0107
Philadelphia, PA 19182


National Compressor Exchange
75 Onderdonk Ave.
Ridgewood, NY 11385


National Grid
One MetroTech Center
16th Floor
Brooklyn, NY 11201


NCS
PO Box 34101
Cleveland, OH 44124


NYC Department of Finance
59 Maiden Lane
New York, NY 10038


NYS Department of Tax & Financ
Bankruptcy/Special Procedures
P.O. Box 5300
Albany, NY 12205-0300


NYS Dept. of Tax & Fin
Bankruptcy/Special Proced
P.O. Box 5300
Albany, NY 12205-0300


Oakwood Air Ltd
34 Meridian Rd. Etobicoke, ONT
M9W4Z7


Office Max
HSBC Business Solutions
P.O. Box 5239
Carol Stream, IL 60197

Office of the US Trustee
Southern District of New York
33 Whitehall Street, 21st Flr
New York, NY 10004


Packless Industries
P.O. Box 20668
Waco, TX 76702


Panteris & Panteris, LLP
19-02 Whitestone Expressway
Suite 401
Whitestone, NY 11357


Parker Hannifin Corp.
7868 Collections Center Drive
Chicago, IL 60693


PELCO
130-07 26th Ave.
College Point, NY 11354


Pepper Hamilton, LLP
620 8th Avenue
37th Floor
New York, NY 10018


Platsky Company
298 Montrose Rd.
Westbury, NY 11590


Precisionaire, Inc.
P.O. Box 40516
Atlanta, GA 30384


Quietside Corp.
8750 Pioneer Blvd.
Santa Fe Springs, CA 90670


Rabinowitz & Galina
94 Willis Avenue
Mineola, NY 11501

Rampo Wholesalers
54 Kennedy Dr.
Spring Valley, NY 10977


RG Adding, LLC
7050 Overland Rd.
Orlando, FL 32810


RMS
4836 Brecksville Road
Richfield, OH 44286


Ryan Refrigeration
579 Blueball Rd.
Elkton, MD 21921


Sauermann NA Corp.
41 Oser Ave.
Hauppauge, NY 11788


Schroder, Joseph & Assoc
766 Ellicott Street
Buffalo, NY 14203


Sealed Unit Parts Co., Inc.
P.O. Box 21
Allenwood, NJ 08720


Slant Fin Corp.
100 Forest Dr.
Greenvale, NY 11548


Slater, Tenaglia, Fritz & Hunt
301 3rd St.
Ocean City, NJ 08226


Slater, Tenaglia, Fritz & Hunt
P.O. Box 5476
Mount Laurel, NJ 08054


Smart Electric
201 NW 107 Avenue
Miami, FL 33178

Smith Carroad Levy P.C.
P.O. Box 49
Commack, NY 11725


Sprint/ Nextel
P.O. Box 66075
Dallas, TX 75266


Staples
P.O. Box 68920
Des Moines, IA 50368


Sunshine, Slott & Sunshine, PC
150 W. 25th Street
Suite 503
New York, NY 10001


Sure Kol Refigeration Co.
490 Flushing Ave.
Brooklyn, NY 11205


SW Anderson Sales Corp.
63 Daniel Street
Farmingdale, NY 11735


The Weeks-Lerman GroupLLC
58-38 Page Place
Maspeth, NY 11378


Therma Stor
4201 Lien Rd.
Madison, WI 53704


Thermco Inc.
228 Scoles St.
Clifton, NJ 07012


Thomas & Betts-HVAC Division
75 Remittance Drive, Suite 689
Chicago, IL 60675


Time Warner Cable NYC
41-61 Kissena Blvd
Flushing, NY 11355

Tower Enterprises
150 West 36th Street
New York, NY 10019


Tower Equipment Company
1320 West Broad St.
Stratford, CT 06615


TRACO Industrial Corp.
380 Patterson Plank Rd.
Carlstadt, NJ 07072


TUTCO, Inc.
P.O. Box 8500-7025
Philadelphia, PA 19178


TWINCO Supply Corp.
55 Craven St.
Huntington Station, NY 11746


TYCO Thermal Controls, LLC
18 Springmill Dr.
Malvern, PA 19355


U.S. Impact, Inc.
Receivables Management Div.
PO Box 1746
Mandeville, LA 70470


United Pipe & Steel Corp.
89 Turnpike Rd.
Ipswich, MA 01938


United Rebuilders. Inc.
405-A Allentown Dr.
Allentown, PA 18109


UPS Freight
P.O. Box 709755
Baltimore, MD 21279


USA Coil & Air Inc.
P.O. Box 578
Devault, PA 19432

Vericore
10115 Kincey Avenue
Suite 100
Huntersville, NC 28078


Verizon Wireless
Bankruptcy Department
P.O. Box 3397
Bloomington, IL 61702


W.W. Grainger, Inc.
Department 545-807468814
Palatine, IL 60038


Wales Darby, Inc.
2910 Express Drive South
Islandia, NY 11749


Walker & Weiss, Inc.
206 Southgrate Drive
Boone, NC 28607


Warren Technology
2050 West 73rd Street
Hialeah, FL 33014


Weinstock & O'Malley
PO Box 311
105 White Oak Lane, 2nd Fl
Old Bridge, NJ 08857


West Asset Management
2703 N. Highway 75
Sherman, TX 75090


Westchester Square Plumbing
2255 Westchester Ave.
Bronx, NY 10462


Williams, Babbit & Weisman,Inc
5255 North Federal Highway
Third Floor
Boca Raton, FL 33487

WIN Depot, Inc.
42-38 Northern Blvd
Long Island City, NY 11101


Witt/Pomona Air
P.O. Box 73959
Chicago, IL 60673


Yellow Transportation, Inc.
P.O. Box 13850
Newark, NJ 07188


ZEE Medical, Inc.
P.O. Box 781433
Indianapolis, IN 46278


Zenda LLC
11555 Heron BAy Blvd
Pompano Beach, FL 33076