# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: JGAG ASSOCIATES, INC. | § | Case No. 10-41744-cec |
| | § | |
| BLASCO HVAC SUPPLY, INC. | § | |
| Debtor(s) BLASCO SUPPLY, INC. | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN S. PEREIRA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

271 Cadman Plaza East
Brooklyn, New York 11201

Dated: 06/12/2013         By: /s/JOHN S. PEREIRA
                                                Trustee

JOHN S. PEREIRA
405 LEXINGTON AVENUE
7TH FLOOR
NEW YORK, NY 10174
(212) 758-5777

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re: JGAG ASSOCIATES, INC. § Case No. 10-41744-cec
§
BLASCO HVAC SUPPLY, INC. §
Debtor(s) BLASCO SUPPLY, INC. §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 65,839.41 |
| *and approved disbursements of* | $ 42,472.20 |
| *leaving a balance on hand of* [1] | $ 23,367.21 |
| **Balance on hand:** | $ 23,367.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S | NYS Dept. of Tax & Fin | 140,816.07 | 0.00 | 0.00 | 0.00 |
| 37S | NYS DEPT OF TAX AND FINANCE | 140,816.07 | 0.00 | 0.00 | 0.00 |
| 42S | NYS DEPT OF TAX AND FINANCE | 140,816.07 | 0.00 | 0.00 | 0.00 |
| 47S | NYS DEPT OF TAX AND FINANCE | 140,816.07 | 0.00 | 0.00 | 0.00 |
| 48S | NYS DEPT OF TAX AND FINANCE | 140,816.07 | 0.00 | 0.00 | 0.00 |
| 67S | NYS DEPT OF TAX AND FINANCE | 129,992.79 | 0.00 | 0.00 | 0.00 |
| 73S | NYS DEPT OF TAX AND FINANCE | 129,992.79 | 0.00 | 0.00 | 0.00 |
| 76S | NYS DEPT OF TAX AND FINANCE | 129,992.79 | 129,992.79 | 0.00 | 3,941.18 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 3,941.18 |
| Remaining balance: | $ 19,426.03 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOHN S. PEREIRA | 6,541.97 | 4,500.00 | 2,041.97 |
| Trustee, Expenses - JOHN S. PEREIRA | 529.42 | 8.82 | 520.60 |
| Attorney for Trustee, Fees - PEREIRA & SINISI, LLP | 9,180.00 | 0.00 | 9,180.00 |
| Accountant for Trustee, Fees - LEONARD HARRIS, CPA | 4,355.00 | 0.00 | 4,355.00 |
| Accountant for Trustee, Expenses - LEONARD HARRIS, CPA | 25.17 | 0.00 | 25.17 |
| Fees, United States Trustee | 3,253.29 | 0.00 | 3,253.29 |
| Other Expenses: NYC DEPT OF FINANCE | 25.00 | 0.00 | 25.00 |
| Other Expenses: NYS CORPORATION TAX | 25.00 | 0.00 | 25.00 |

Total to be paid for chapter 7 administration expenses:   $   19,426.03
Remaining balance:   $   0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $225,825.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P | NYS Dept. of Tax & Fin | 0.00 | 0.00 | 0.00 |
| 24 | NYS Department of Labor | 0.00 | 0.00 | 0.00 |
| 37P | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 40P | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 40P-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 40P-3 | Internal Revenue Service | 17,225.00 | 0.00 | 0.00 |
| 41 | NYC Dept of Finance | 756.64 | 0.00 | 0.00 |
| 42P | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 46 | State of New York, Dept of Labor | 841.50 | 0.00 | 0.00 |
| 47P | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 48P | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 67P | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 73P | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 76P | NYS DEPT OF TAX AND FINANCE | 104,099.38 | 0.00 | 0.00 |
| 77 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 77 -2 | Internal Revenue Service | 1,832.98 | 0.00 | 0.00 |
| 79 | Consolidated Edison Company of New York, Inc. | 949.82 | 0.00 | 0.00 |
| 86 | NYS DEPT OF TAX AND FINANCE | 45,785.85 | 0.00 | 0.00 |
| 86 -2 | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 86 -3 | NYS DEPT OF TAX AND FINANCE | 54,334.07 | 0.00 | 0.00 |

Total to be paid for priority claims:    $            0.00
Remaining balance:    $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,188,256.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Consolidated Edison Company of New York, Inc. | 2,534.43 | 0.00 | 0.00 |
| 2 | Airwell Fedders | 2,975.62 | 0.00 | 0.00 |
| 3U | NYS Dept. of Tax & Fin | 0.00 | 0.00 | 0.00 |
| 4 | Tower Enterprises | 8,178.20 | 0.00 | 0.00 |
| 5 | Liebet Corp. | 234.64 | 0.00 | 0.00 |
| 6 | Ryan Refrigeration Supply Inc | 0.00 | 0.00 | 0.00 |
| 7 | Bartolomei Pucciarelli | 41,760.00 | 0.00 | 0.00 |
| 8 | Clarcore Air Filtration Prod. | 4,221.48 | 0.00 | 0.00 |
| 9 | Airtec Products Corp. | 4,435.69 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | Walker & Weiss, Inc. | 2,164.80 | 0.00 | 0.00 |
| 11 | USA Coil & Air Inc. | 22,572.00 | 0.00 | 0.00 |
| 12 | Wales Darby, Inc. | 2,279.87 | 0.00 | 0.00 |
| 13 | Captive Aire Systems Inc. | 4,753.82 | 0.00 | 0.00 |
| 14 | Carrier Commercial Refrigeration Inc | 15,314.68 | 0.00 | 0.00 |
| 15 | ICE-Aire | 13,050.00 | 0.00 | 0.00 |
| 16 | The Weeks-Lerman GroupLLC | 2,453.72 | 0.00 | 0.00 |
| 17 | LUX Products Corp. | 1,700.00 | 0.00 | 0.00 |
| 18 | JPMorgan Chase Bank, Na | 0.00 | 0.00 | 0.00 |
| 18 -2 | JPMorgan Chase Bank, Na | 14,308.72 | 0.00 | 0.00 |
| 19 | National Compressor Exchange, Inc. | 2,480.00 | 0.00 | 0.00 |
| 20 | TRACO Industrial Corp. | 26,978.25 | 0.00 | 0.00 |
| 21 | Zenda LLC | 1,800.00 | 0.00 | 0.00 |
| 22 | SW Anderson Sales Corp. | 2,790.74 | 0.00 | 0.00 |
| 23 | Aftermarket Specialties, Inc | 65.65 | 0.00 | 0.00 |
| 25 | Bard Manufacturing Co. | 2,894.40 | 0.00 | 0.00 |
| 26 | AMAF Supply | 2,082.24 | 0.00 | 0.00 |
| 27 | Activant Solutions Inc | 14,754.27 | 0.00 | 0.00 |
| 28 | Mastek Inc | 14,459.67 | 0.00 | 0.00 |
| 29 | J.W. Harris Co.,Inc. | 5,484.00 | 0.00 | 0.00 |
| 30 | PELCO | 190.31 | 0.00 | 0.00 |
| 31 | Therma Stor | 2,245.00 | 0.00 | 0.00 |
| 32 | HVAC Equipment Sales | 5,393.22 | 0.00 | 0.00 |
| 33 | Cool Water Technologies | 7,539.59 | 0.00 | 0.00 |
| 34 | BANKRUPTCY PROCESSING SOLUTIONS | 13,696.70 | 0.00 | 0.00 |
| 35 | CERRO Flow Products | 9,347.25 | 0.00 | 0.00 |
| 36 | DCFS USA LLC | 81,698.46 | 0.00 | 0.00 |
| 37U | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 38 | Sprint Nextel Correspondence | 1,318.45 | 0.00 | 0.00 |
| 39 | Alfa Laval Inc | 6,674.09 | 0.00 | 0.00 |
| 40U | Internal Revenue Service | 0.00 | 0.00 | 0.00 |
| 40U-2 | Internal Revenue Service | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 40U-3 | Internal Revenue Service | 4,583.82 | 0.00 | 0.00 |
| 42U | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 43 | Flonder's Precisionaire | 3,506.87 | 0.00 | 0.00 |
| 44 | Verizon | 5,775.24 | 0.00 | 0.00 |
| 45 | Verizon Wireless | 1,789.37 | 0.00 | 0.00 |
| 47U | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 48U | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 49 | Capital One, N.A. | 3,741.86 | 0.00 | 0.00 |
| 50 | R.E. Hansen Ind. Inc | 3,140.14 | 0.00 | 0.00 |
| 51 | Evapco, Inc. | 37,500.00 | 0.00 | 0.00 |
| 52 | Continental Industries, Inc. | 14,211.83 | 0.00 | 0.00 |
| 53 | Acme Miami | 387.13 | 0.00 | 0.00 |
| 54 | Thomas & Betts-HVAC Division | 5,815.94 | 0.00 | 0.00 |
| 55 | HVAC Equipment Sales | 5,393.22 | 0.00 | 0.00 |
| 56 | Ryan Refrigeration Supply Inc | 4,727.20 | 0.00 | 0.00 |
| 57 | American/Universal Supply | 62,053.54 | 0.00 | 0.00 |
| 58 | MagicAire | 3,942.83 | 0.00 | 0.00 |
| 59 | Sure Kol Refrigeration Co. | 2,215.00 | 0.00 | 0.00 |
| 60 | Global Alliance Credit Corp. | 3,019.00 | 0.00 | 0.00 |
| 61 | Sauermann NA Corp | 1,030.05 | 0.00 | 0.00 |
| 62 | Westchester Square Plumbing | 7,200.00 | 0.00 | 0.00 |
| 63 | Blasco Supply L.I. Corp. | 155,000.00 | 0.00 | 0.00 |
| 64 | BEKK Corp. | 254,800.66 | 0.00 | 0.00 |
| 65 | Blasco Supply, Inc. | 615,179.00 | 0.00 | 0.00 |
| 66 | Blasco Supply, Inc. | 482,415.00 | 0.00 | 0.00 |
| 67U | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |
| 68 | Witt/Pomona Air | 15,314.68 | 0.00 | 0.00 |
| 69 | Systemair Mfg Inc | 1,914.80 | 0.00 | 0.00 |
| 70 | International Comfort Products, LLC | 367,871.85 | 0.00 | 0.00 |
| 71 | 393 Jericho Turnpike LLC | 191,629.85 | 0.00 | 0.00 |
| 72 | Manufacturers and Traders Trust Company and M & T | 544,589.71 | 30,812.00 | 0.00 |
| 73U | NYS DEPT OF TAX AND FINANCE | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 74 | Slant Fin Corp. | 1,247.61 | 0.00 | 0.00 |
| 75 | Oakwood Air Ltd | 5,362.96 | 0.00 | 0.00 |
| 76U | NYS DEPT OF TAX AND FINANCE | 13,525.54 | 0.00 | 0.00 |
| 80 | Fedex Customer Information Services | 832.16 | 0.00 | 0.00 |
| 81 | Pitney Bowes Inc | 1,843.91 | 0.00 | 0.00 |
| 82 | Pitney Bowes Inc | 2,468.45 | 0.00 | 0.00 |
| 83 | National Refrigeration & Air Conditioning Prods. | 6,816.08 | 0.00 | 0.00 |
| 84 | United Pipe & Steel Corp. | 3,608.90 | 0.00 | 0.00 |
| 85 | Systemair Manufacturing/Fantech | 2,164.80 | 0.00 | 0.00 |
| 87 | Thermco Inc. | 6,807.31 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00

Prepared By: /s/JOHN S. PEREIRA
Trustee

JOHN S. PEREIRA
405 LEXINGTON AVENUE
7TH FLOOR
NEW YORK, NY  10174
(212) 758-5777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**